# MAHER & PITTELL, LLP
## ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

May 6, 2026

Hon. Robyn F. Tarnofsky
U.S. Courthouse
500 Pearl St
New York, NY 10007

**Application GRANTED. The Defendant's deadline for obtaining signatures for his bond by three financially responsible suretors is extended to May 15, 2026. The Clerk of Court is respectfully requested to terminate ECF 7.**

**Dated: May 6, 2026**
**New York, NY**

**SO ORDERED**

*[signature]*

**ROBYN F. TARNOFSKY**
**UNITED STATES MAGISTRATE JUDGE**

Re:  *U.S. v. Michael Spitzer*, 26 cr 94 USDC - DDC

Dear Judge Tarnofsky:

I am counsel for Michael Sptizer in the above referenced matter.

On April 30, 2026, pursuant to a Rule 5(c)(3) proceeding before Your Honor, Mr. Spitzer was released on bond. The conditions of the bond, *inter alia*, required it be cosigned by three financially responsible suretors by today's date.

Please accept this letter in lieu of a formal motion requesting an extension of the suretor signature date. I make this request as I seek additional time arranging for the financially responsible suretors. In addition, Mr. Spitzer has a scheduled D.C. District Court appearance, in the above referenced matter, on May 14, 2026. On that date, substitute counsel will be appointed pursuant to the CJA Act and Mr. Spitzer will be arraigned on the Indictment. I anticipate, during that proceeding, a new bond will be issued which will moot the need for the bond issued by this Court.

It is my understanding Mr. Spitzer has been compliant with the other conditions of the bond.

Based upon the foregoing, I respectfully request the bond suretor signature requirement be extended to May 15, 2026.

Prior to submission of this letter, I conferred with Government and Pretrial Services. They do not object to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:    Robert S. Ruff, AUSA (by ECF)
       USPTO Meherun Mayer (by email)