# MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

May 14, 2026

Hon. Robyn F. Tarnofsky
U.S. Courthouse
500 Pearl St
New York, NY 10007

**Application GRANTED. Defendant's deadline for obtaining signatures for his bond is extended until May 22, 2026. The Clerk of Court is respectfully requested to terminate ECF 9 and to remove the May 29, 2026 control date for Defendant's S.D.N.Y appearance from the Court's calendar.**

**SO ORDERED**

_____
**ROBYN F. TARNOFSKY**
**UNITED STATES MAGISTRATE JUDGE**

**Dated: May 14, 2026**
**New York, NY**

Re:    *U.S. v. Spitzer,* 26 M 1594 (SDNY Rule 5(c)(3) proceeding); 26 cr 94 USDC - DDC

Dear Judge Tarnofsky:

I am counsel for Michael Sptizer in the above referenced matter.

On April 30, 2026, pursuant to the Rule 5(c)(3) proceeding before Your Honor, Mr. Spitzer was released on bond. A condition of the bond requires it to be cosigned by three financially responsible suretors by May 15, 2026.

Please accept this letter in lieu of a formal motion requesting an extension of the suretor signature date to May 22, 2026. I make this request as I seek additional time arranging for the suretors. In addition, on May 13, 2026, Mr. Spitzer appeared for the initial appearance on the underlying case in D.C. District Court. On that date, he was arraigned on the indictment and local counsel was appointed pursuant to the CJA Act. However, a new bond was not issued. As such, the current one remains in place. During the proceeding the D.C. District Court Judge indicated he extended the bond signing deadline by one week.

Based upon the foregoing, I respectfully request the suretor signature deadline be extended to May 22, 2026. In addition, in light of Mr. Spitzer appearing in D.C. District Court, the pending May 29, 2026 control date (SDNY) is moot and I request it be taken off the Court's calendar.

Prior to submission of this letter, I conferred with Government. They do not object to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:    Robert S. Ruff, AUSA (by ECF)
USPTO Meherun Mayer (by email)
Elita Amato, Esq. (by email)